**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01062-CV

**AMERICAN NATIONAL COUNTY MUTUAL INSURANCE COMPANY, Appellant**

**V.**

**JONATHAN A. MEDINA, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14472**

## ORDER

Before the Court is court reporter Antionette Reagor's December 12, 2016 request for extension of time to file the reporter's record. We **GRANT** Ms. Reagor's request and **ORDER** the reporter's record filed by January 3, 2017.

/s/    ELIZABETH LANG-MIERS
        JUSTICE